Stanley Ogradney, Petitioner-Appellee, v. Richard J. Daley, Mayor, as Local Liquor Control Commissioner, John C. Marcin, City Clerk, William T. Prendergast, City Collector, Respondents-Appellants.

Gen. No. 49,996.

First District, Third Division.

June 3, 1965.

James G. O'Donohue, Acting Corporation Counsel, of Chicago (Sydney R. Drebin and Marvin E. Aspen, Assistant Corporation Counsel, of counsel), for appellants; No brief filed and no appearance made for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.